IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CORRINE N. WIESMUELLER and
HEATHER R. DEVAN,

                Plaintiffs,

    v.

JOHN KOSOBUCKI, *et al.*,

                Defendants.

ORDER

07-cv-211-bbc

---

On April 11, 2008, this court held another recorded telephonic status conference to discuss the recently-filed motions. Here's where we landed:

(1) I granted the motion to intervene, dkt. 52, and granted Christopher Wiesmueller's oral motion to withdraw as a plaintiff from this lawsuit. Therefore, I am directing the clerk of court and the parties to change the case caption to reflect this.

(2) I granted the defendants' request, joined by plaintiffs, to change the title of dkt. 50 to "Notice of Appearance by Attorney Christopher L. Wiesmueller." The clerk of court should make this change in the court's docket. Attorney Wiesmueller now is the attorney for plaintiffs in this case.

(3) The previously-set briefing schedule remains in place for all pending motions.

Entered this 11th day of April, 2008.

                                      BY THE COURT:
                                      /s/
                                      STEPHEN L. CROCKER
                                      Magistrate Judge