IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CORRINE WIESMUELLER,

    Plaintiff,

v.                                                                  Case No. 07-CV-211-C

CHARLES H. CONSTANTINE *et al.*,

    Defendants.

---

### ORDER FOR DISMISSAL

---

Based upon the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

Dated at Madison, Wisconsin, this 20th day of March, 2010.

                                                            /s/ Barbara B. Crabb
                                                         Hon. Barbara B. Crabb
                                                         District Court Judge